

LJB/JAC: USAO 2013R00515

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 13 CR 0456 |
| | * | |
| COREY SYKES, | * | (Conspiracy to Distribute and Possess |
| | * | With Intent to Distribute Five Hundred |
| Defendant | * | Grams or More of Cocaine, 21 U.S.C. |
| | * | § 846; Forfeiture, 21 U.S.C. § 853) |
| | * | |

*******

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

Between no later than in or about June 2011 and in or about February 2013, in the District of Maryland and elsewhere, the defendant,

**COREY SYKES,**

did knowingly combine, conspire, confederate and agree with others known and unknown to the United States to distribute and possess with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, in the event of the defendant's conviction under this Information.

2. As a result of the offense set forth in Count One of the Information, the defendant,

**COREY SYKES,**

shall forfeit to the United States (1) any and all property obtained directly or indirectly as a result of any such violation, and (2) any and all property used, or intended to be used, in any manner or part to commit and to facilitate the commission of any such violation charged in this Information.

3. If any of the property described in paragraph 2 above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant.

21 U.S.C. § 853

                                                               Rod J. Rosenstein
                                                                United States Attorney

Date: August 30, 2013